LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
(530) 895-3252

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>PLAINTIFF,<br><br>VS.<br><br>WAL-MART STORES, INC., *ET AL.*,<br>DEFENDANTS. | Case No. CIV.S-09-00872-GEB-DAD<br><br>**JOINT STIPULATION AND ORDER TO EXTEND THE TIME TO DISCLOSE EXPERT TESTIMONY AND REBUTTAL EXPERT TESTIMONY** |

**WHEREAS,** on June 22, 2009, the parties were served with a Pretrial Scheduling Order ("Scheduling Order") for this action;

**WHEREAS,** the Scheduling Order provided that the parties comply with Federal Rule of Civil Procedure 26(a)(2)(c)(i)'s initial expert witness disclosure requirements on or before November 5, 2010, and with any contradictory and/or rebuttal expert disclosure under Rule 26(a)(2)(c)(ii) on or before December 6, 2010; and

**WHEREAS,** the parties cannot arrive at a mutually agreeable date for an expert site inspection of the defendant facility prior to November 5, 2010 – the Court ordered date for the disclosure of expert testimony;

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto that the time to disclose expert testimony and rebuttal expert testimony be extended 30 days as follows:

(1) On or before December 5, 2010, each party shall comply with the expert witness disclosure requirements under Rule 26(a)(2)(c)(i);

(2) On or before January 5, 2011, each party shall comply with the contradictory and/or rebuttal expert disclosure requirements under Rule 26(a)(2)(c)(ii);

This stipulation shall become effective and binding once all parties execute it.

Dated: October 18, 2010

DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard III
LYNN HUBBARD III, ESQ.
Attorney for Plaintiff

Dated: October 18, 2010

BURKE, WILLIAMS & SORENSON, LLP

/s/ Cheryl Johnson-Hartwell
CHERYL JOHNSON-HARTWELL, ESQ.
Attorney for Defendant
Wal-Mart Stores, Inc.

ORDER ON JOINT STIPULATION

Good cause appearing, IT IS HEREBY ORDERED that expert witness disclosure under Rule 26(a)(2)(c)(i) be made on or before December 5, 2010 and any contradictory and/or rebuttal expert disclosure under Rule 26(a)(2)(c)(ii) be made on or before January 5, 2011.

IT IS SO ORDERED.

**Date: 10/19/2010**

GARLAND E. BURRELL, JR.
United States District Judge

*Dodson v. Wal-Mart Stores, Inc., et al.,* Case No. CIV.S-09-00872-GEB-DAD
Joint Stipulation to Extend the Time to Disclose Expert and Rebuttal Expert Testimony
- 3 -